IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SUSAN SETSER, FORMER
WIFE,

     Appellant,

v.

SCOTT SETSER, FORMER
HUSBAND,

     Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-853

Opinion Filed

09/13/16 KMS

_____/

Opinion filed September 13, 2016.

An appeal from the Circuit Court for Duval County.
Elizabeth A. Senterfitt, Judge.

William S. Graessle and Jonathan W. Graessle of William S. Graessle, P.A.,
Jacksonville, for Appellant.

Jonathan J. Luca of Muench & Luca, PLLC, Jacksonville, for Appellee.

PER CURIAM.

     AFFIRMED.

B.L. THOMAS, ROWE, and WINSOR, JJ., CONCUR.